---

UNITED STATES DISTRICT COURT    JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 11-00652 JST (RZx)                                    Date:  May 5, 2011
Title:  WELLS FARGO BANK NA v. RILLEA R. PAX, et al.

---

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (In Chambers) ORDER REMANDING CASE


     Plaintiff Wells Fargo Bank NA ("Plaintiff") filed this unlawful detainer action in Orange county Superior court on September 14, 2010, Case Number 30-2010-0047647.  On February 22, 2011, Defendant Rillea R. Pax ("Defendant") filed a Notice of Removal, which removed this case from state to federal court, asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332, and civil rights jurisdiction pursuant to 28 U.S.C. § 1443.  *See* Case No. SACV 11-00302-JST (RZx) (Doc. 1).  On February 25, 2011, this Court remanded the case for lack of federal jurisdiction. *See id.* (Doc. 5).  Defendant has now filed a second Notice of Removal.  The case was initially assigned to Judge David O. Carter and then transferred to this Court.

     This second removal is made on the same grounds as the first, and it is improper.  Defendant may not delay or otherwise impede the state court judicial process by repeatedly removing the same case.  If Defendant removes this case again without demonstrating good cause, the Court will consider issuing monetary or other sanctions against Defendant.


                                                                                Initials of Preparer:  enm

---